IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JONATHAN STEVENS, d/b/a JONATHAN STEVENS PAVING,<br><br>        Plaintiff,<br><br>  v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, et al.,<br><br>        Defendants. | Civil No. 23-20752 (RMB/AMD) |

**ORDER**

      This matter having come before the Court by way of motion [D.I. 59] filed by Defendants Phoenix Insurance Group, Inc. and Richard L. Disbrow, and by way of separate motion [D.I. 60] filed by Defendant Ohio Casualty Insurance Company, seeking dismissal of this action due to Plaintiff Jonathan Stevens' failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b); and the Court noting that no opposition to the motions was filed by Plaintiff; and the Court having considered the Report and Recommendation submitted by the Honorable Ann Marie Donio, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the parties having been notified that they had fourteen (14) days from receipt of the Report and Recommendation to file and serve objections pursuant to Local

7

Civil Rule 72.1(c)(2), and no objections having been received; and the Court finding that the Report and Recommendation is neither clearly erroneous, nor contrary to law; and for good cause shown:

IT IS, on this <u>1st</u> day of <u>October, 2025</u>, hereby

**ORDERED** that the Report and Recommendation is **<u>ADOPTED</u>**; and it is further

**ORDERED** that Plaintiff's amended complaint shall be, and is hereby, **<u>DISMISSED WITH PREJUDICE</u>**.

_____
Renée Marie Bumb, Chief
United States District Judge